UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KELLEY VARNEY et al., <br>                 Plaintiffs, <br><br> v. <br><br> DENISE RICHARDS, et al., <br><br>                 Defendants | ) <br> ) <br> ) <br> ) <br> ) Docket no. 1:15-cv-011-NT <br> ) <br> ) <br> ) <br> ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On April 30, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Court **GRANTS** in part and **DENYS** in part Defendants' Motion to Dismiss (ECF No. 4), specifically, the Plaintiffs' claims arising under 42 U.S.C. § 1983 (Counts I and III) are **DISMISSED** and the state law claims are **REMANDED** to the Maine Superior Court.

      **SO ORDERED**.

                                              /s/ Nancy Torresen
                                              United States District Judge

Dated this 19th day of May, 2015.